UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA NIMMO,  )<br>  )<br>         Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of the Social  )<br>Security Administration,  )<br>  )<br>         Defendant.  )<br>_____) | No. EDCV 09-01404-SS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED:  March 25, 2010.

                                 ____/S_____
                                 SUZANNE H. SEGAL
                                 UNITED STATES MAGISTRATE JUDGE